IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | : | |
| | : | Civil Action 2:12-cv-338 |
| Plaintiff | : | Judge Watson |
| v. | : | Magistrate Judge Abel |
| Dollar General Corporation, | : | |
| Defendant | | |

### ORDER GRANTING LEAVE TO INTERVENE

Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 for certain unlawful retaliatory employment practices which were allegedly perpetrated upon Defendant's employees, Samantha Day-Baker and Darla Householder.

Now before the Court is a motion by nonparty Samantha Day-Baker for leave to intervene as a third-party plaintiff. (Doc. 3). She states that she satisfies the requirements of Fed. R. Civ. P. 24(a) to intervene, as she has an unconditional right to do so under Title VII and Title I, and because she has an interest in the subject of the action that will be impaired if she is not permitted to intervene. Specifically, she states that her interests may not be adequately represented by Plaintiff the Equal Employment Opportunity Commission, as she wishes to bring additional federal and state claims arising out of the same facts alleged.

No party having opposed the requested intervention, and for good cause shown, the motion (Doc. 3) is **GRANTED**.  Samantha Day-Baker is granted leave to intervene in this action as a third-party plaintiff.  The Clerk of Court is **DIRECTED** to docket her third party complaint (Doc. 3-1.)

s/Mark R. Abel
United States Magistrate Judge
